CAROLINA POWER & LIGHT
COMPANY, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5040.

United States Court of Appeals,
Federal Circuit.

Aug. 2, 2002.

ON MOTION

LOURIE, Circuit Judge.

*ORDER*

Upon consideration of the parties' joint motion for dismissal of this appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.